DAVIS, KOLB & FANNING, plaintiffs in error, vs. HENRY K. AL-
LEN, defendant in error.

The delivery of a letter with money to the messenger who carries mail bags to the
post office from the cars and back, without proof that he delivered the letter at the
office, is no evidence that the money was sent by mail.

Assumpsit, from Coweta county. Tried before Judge BULL,
September Term, 1857.

This was an action brought in the Court below by the firm
of Davis, Kolb & Fanning for $49 15. On the trial the de-
fendant proved that the plaintiffs had instructed him by let-
ter to remit to them the said account by mail. He also prov-
ed by John R. Alexander that while he (Alexander) was acting
as post master at Newnan, the defendant came to him at the
post office, with an uninclosed letter in his hand addressed
to plaintiffs, and had $49 15 which he wished to mail to them.
That witness stated to the defendant that it was too late to
mail the money in the post office on that day. Witness put
the money in the letter and sealed it up and gave it back to
the defendant, and the defendant took the letter down to
the depot and gave it to a man named Rucker, who was the
mail messenger to take mail bags to and from the post office,
and saw the said Rucker go towards the cars with the mail
bag in one hand and the letter in the other, but did not see
him put it in the post office or the cars.

The jury found a verdict for the defendant, and the plain-
tiffs moved for a new trial on the following grounds:

1st. Because the verdict was contrary to evidence and with-
out evidence.

2d. Because the Court erred in charging the jury that if
they believed from the circumstances that the debt had been
paid, then they would find for the defendant, there being no
evidence before the jury authorizing this charge.

The Court overruled the motion for new trial, and to this
decision of the Court the plaintiffs excepted.

The State of Georgia vs. Woodley.

LIGON; and SIMMS, for plaintiffs in error.

BUCHANAN & W., *contra.*

*By the Court.*—McDONALD, J. delivering the opinion.

A person directed to send money by mail must prove a literal compliance with the order, by depositing the money in a letter in the post office, or by delivering it to the post master or his known agent in the post office. The debtor Allen was not discharged from the debt by delivering the letter to the messenger Rucker, who merely carried the mail bags to the post office from the cars and back. He made him his agent merely, to deposit the letter in the post office and should have proved that he delivered it according to instructions.

The judgment of the Court below must be reversed.

Judgment reversed.